# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLABRON WILLIAM HINKLES,<br><br>  Petitioner,<br><br>  v.<br><br>T. E. VAUGHN, Warden,<br><br>  Respondent. | Case No. CV 05-0024-ODW (JEM)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is granted on the terms set forth in the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge filed concurrently herewith.

DATED:  March 25, 2010

　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE